In the Matter of JAMES W. McDONALD III, Respondent, v JHENNA A. REED, Now Known as JHENNA A. LAFLAIR, Appellant.

Submitted January 4, 2010; decided February 18, 2010

Motion for leave to appeal dismissed upon the ground that appellant is not a party aggrieved (*see* CPLR 5511).